680097

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM T. WULIGER, RECEIVER | ) | CASE NO.: 1:03CV0948 |
| | ) | |
| Plaintiff | ) | JUDGE DAVID A. KATZ |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| JEAN MARCELIN | ) | |
| | ) | |
| Defendant | ) | |

This cause came on for consideration on the Plaintiff's Motion for Default Judgment.

The Court FINDS that proper service of Summons on the Defendant has been obtained and that the Defendant failed to plead or otherwise defend in the within proceeding within the time period specified under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED, that pursuant to Rule 55 of the Federal Rules of Civil Procedures, Default Judgment is hereby rendered against the Defendant for $35,847.32, plus interest at the rate of __1.29__ % per annum from date of Judgment, and costs.

IT IS SO ORDERED.

s/ DAVID A. KATZ
_____
JUDGE DAVID A. KATZ
10/31/03
_____
DATE

SUBMITTED BY:

/s/Roger J. Katz
_____
ROGER J. KATZ (0037670)
Attorney for Plaintiff
JAVITCH, BLOCK & RATHBONE
1300 East Ninth Street, 14th Floor
Cleveland, Ohio 44114
Telephone: (216) 623-0000
Fax: (216) 623-0190
e-mail: rkatz@jbandr.com